Laurence F. Padway (SBN: 89314)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510)814-6100
Facsimile :  (510)814-0650

David J. Linden (SBN: 41221)
Post Office Box 5780
Napa, CA 94581
Telephone: (707) 252-7007
Facsimile:  (707) 252-7883

Attorneys for Plaintiff

Pamela E. Cogan (SBN: 105089)
Kathryn C. Curry (SBN: 157099)
Mary K. Piasta (SBN:229655)
Ropers, Majeski, Kohn & Bentley
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile:  (650)780-1701

Attorneys for Real Party in Interest
    and Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PRADO,<br><br>            Plaintiff,<br><br>vs.<br><br>ALLIED DOMECQ SPIRITS AND WINE GROUP DISABILITY INCOME POLICY,<br><br>            Defendant.<br>_____/<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ,<br><br>            Real Party In Interest<br>_____/ | No. C 05-02716 SC<br><br>STIPULATION AND (~~PROPOSED~~) ORDER TO EXTEND DEADLINES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT |

Stip to Extend Deadlines                                      1

1  Whereas, the deadline for filing cross-motions for summary judgment was September 21,
2  2007; and

4  Whereas, defendants filed their cross-motion for summary judgment in timely fashion, and

6  Whereas, counsel for plaintiff failed to file his cross-motion on time due to his calendaring
7  error,

9  Now, therefore, the parties stipulate to continue the hearing and briefing of the cross-motions
10 for summary judgment as follows:

|  |  |
|---|---|
| October 5, 2007: | Deadline for Filing Cross-Motions for Summary Judgment |
| October 19, 2007: | Oppositions to Cross-Motions for Summary Judgment Due |
| October 26, 2007: | Replies to Cross-Motions for Summary Judgment Due |
| ~~November 9, 2007~~: | Hearing Date **November 16, 2007 at 10:00 AM.** |

IT IS SO STIPULATED.

DATED: 10/2/07

/s/ Laurence F. Padway
Laurence F. Padway
Law Offices of Laurence F. Padway
Attorney for plaintiff

DATED: Oct. 2, 2007

Catherine Curry
Ropers, Majeski, Kohn & Bentley
Attorney for real party in interest and defendant

Stip to Extend Deadlines    2

IT IS SO ORDERED
Judge Samuel Conti
10/3/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA