PAMELA E. COGAN (SBN 105089)
pcogan@rmkb.com
KATHRYN C. CURRY (SBN 157099)
kcurry@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant ALLIED DOMECQ
SPIRITS AND WINE GROUP DISABILITY
INCOME POLICY and Real Party in Interest
LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO PRADO,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED DOMECQ SPIRITS AND WINE GROUP DISABILITY INCOME POLICY,<br><br>Defendant.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br><br>Real Party In Interest. | CASE NO. C 05 2716 SC<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING AMOUNT OF OWN OCCUPATION BENEFITS AWARDED TO PLAINTIFF BY THE COURT<br><br>**Honorable Samuel Conti** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's Order filed January 22, 2008 Granting Plaintiff's Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgment, the parties, through their respective counsel of record, met and conferred regarding the amount of benefits plaintiff would be entitled to under the 24 month own occupation period of the Group Disability

RC1/5077405.1/KCC - 1 - STIPULATION RE OWN OCCUPATION BENEFIT AMOUNT – CASE NO. C-0502716 SC

Income Policy issued by Liberty Life Assurance Company of Boston to Allied Domecq Spirits and Wine (The Policy) as awarded by the Court. The parties have reached an agreement as to the calculation of those benefits. Therefore,

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel of record, that the amount of benefits plaintiff would be entitled to under the 24 month own occupation period of the Policy as awarded by the Court are $14,815.51.

Dated: February 27, 2008

LAW OFFICES OF LAURENCE F. PADWAY
LAW OFFICE OF DAVID J. LINDEN

By: _____
LAURENCE F. PADWAY
DAVID J. LINDEN
Attorneys for Plaintiff ANTONIO PRADO

Dated: February 28, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
KATHRYN C. CURRY
Attorneys for Defendant ALLIED
DOMECQ SPIRITS AND WINE GROUP
DISABILITY INCOME POLICY and Real
Party in Interest LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON

**ORDER**

IT IS SO ORDERED.

Dated: March 6, 2008

The Honorable _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*