PAMELA E. COGAN (SBN 105089)
pcogan@rmkb.com
KATHRYN C. CURRY (SBN 157099)
kcurry@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant ALLIED DOMECQ SPIRITS AND WINE GROUP DISABILITY INCOME POLICY and Real Party in Interest LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO PRADO,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED DOMECQ SPIRITS AND WINE GROUP DISABILITY INCOME POLICY,<br><br>Defendant.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br><br>Real Party In Interest. | CASE NO. C 05 2716 SC<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING ATTORNEYS FEES' AND PREJUDGMENT INTEREST<br><br>**Honorable Samuel Conti** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

The parties, through their respective counsel of record, have reached an agreement as to the amount of attorneys' fees and pre-judgment interest to be awarded by the Court pursuant to its January 22, 2008 Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgment. Therefore,

1  **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through
2  their respective counsel of record, that plaintiff shall be awarded $75,000 in attorneys' fees and
3  $1,829.31 in prejudgment interest.
4  **IT IS ALSO HEREBY STIPULATED AND AGREED** by and between the parties,
5  through their respective counsel of record, that the claim will be remanded to Liberty Life
6  Assurance Company of Boston for further proceedings in accordance with the Court's January
7  22, 2008 Order and Opinion.

Dated: May 16, 2008

LAW OFFICES OF LAURENCE F. PADWAY
LAW OFFICE OF DAVID J. LINDEN

By: /s/ Laurence F. Padway
LAURENCE F. PADWAY
DAVID J. LINDEN
Attorneys for Plaintiff ANTONIO PRADO

Dated: May 19, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Kathryn C. Curry
PAMELA E. COGAN
KATHRYN C. CURRY
Attorneys for Defendant ALLIED DOMECQ
SPIRITS AND WINE GROUP DISABILITY
INCOME POLICY and Real Party in Interest
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON

**ORDER**

IT IS SO ORDERED.

Dated: 6/5/08

The Honorable
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti*